JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE NICOLE WEST-HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>    Defendants. | Case No. 5:25-cv-03202-SB-KS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Michele Nicole West-Harvey's claims are dismissed with prejudice.

This is a final judgment.

Date: February 25, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1